THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
KYLE P. ISAAC ) Case No. 09-31080 HRT
NANCY W. ISAAC )
) Chapter 7
Debtor. )
)
_____ )
)
NANCY W. ISAAC ) Adversary No.10-1913 HRT
)
Plaintiff, )
vs. )
)
LIBERTY ACQUISITIONS SERVICING, LLC )
)
)
)
Defendants. )

**ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 1/31/2011 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: 3/3/11

BY THE COURT:

_____
United States Bankruptcy Court Judge