**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-00544-WJM

KYLE P. ISAAC, and
NANCY W. ISAAC

    Plaintiffs,

v.

LIBERTY ACQUISITIONS SERVICING, LLC

    Defendant.

---

**ORDER STRIKING PLAINTIFF'S MOTION
FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT**

---

    This matter comes before the Court on Plaintiff's Motion for Withdrawal of the Reference to the District Court (ECF No. 1), and Defendant's Response to Motion for Withdrawal of Reference and Request for Attorney's Fees (ECF No. 3).

    Pursuant to D.C.COLO.LCivR 84.1(C), "[t]he automatic referral *to* bankruptcy judges . . . may be withdrawn *by* a district judge." In seeking withdrawal of the reference to the *District* Court, instead of seeking a withdrawal of the reference to the *Bankruptcy* Court, the parties are asking for relief that is nonsensical and not according to rule. Accordingly, it is

    ORDERED that Plaintiff's Motion for Withdrawal of the Reference to the District Court (ECF No. 1) is STRICKEN.

    Plaintiff is hereby granted leave to refile a Motion in compliance with

D.C.COLO.LCivR 84.1(C) on or before Thursday, March 31, 2011.

Dated this 18th day of March, 2011.

BY THE COURT:

s/ *William J. Martínez*
United States District Judge